IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

GLEN PACE                                                                          PLAINTIFF

V.                                                              CIVIL ACTION NO.: 2:24-cv-539

CIRRUS DESIGN CORPORATION
D/B/A CIRRUS AIRCRAFT CORPORATION;
CONTINENTAL AEROSPACE TECHNOLOGIES,
INC. D/B/A CONTINENTAL MOTOR
CORPORATION; AMSAFE, INC.;
and APTERYX, INC., D/B/A AND A/K/A
ARAPAHOE AERO AIRCRAFT SALES, LLC                                    DEFENDANTS

PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Glen Pace, files this his Notice of Appeal of the Court's Memorandum Opinion

and Order signed on September 3, 2025, and entered on September 4, 2025, [Doc. No. 154], to

the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted, this the 3rd day of October, 2025.

PLAINTIFF

By:    /s/ Wayne E. Ferrell, Jr.
       WAYNE E. FERRELL, JR.

Wayne E. Ferrell, Jr.
Mississippi Bar No. 5182
Attorney at Law
Law Offices of Wayne E. Ferrell, Jr., PLLC
506 S. President St.
Post Office Box 24448
Jackson, Mississippi  39225-4448
Telephone (601) 969-4700
Fax (601) 969-7514
wferrell@airlawonline.com

Charles H. Peckham
TBN: 15704900

FBN: 15770
cpeckham@pmlaw-us.com
Mary A. Martin
TBN: 00797280
FBN: 12272
mmartin@pmlaw-us.com
PECKHAM MARTIN, PLLC
Two Bering Park
800 Bering Drive, Suite 220
Houston, Texas 77057
(713) 574-9044

SUBJECT TO PRO
HAC ADMISSION
Mark T. Fowler, Esq.
Mississippi Bar No. 5449
Schwartz & Associates, P.A.
162 East Amite Street (39201)
P.O. Box 3949
Jackson, MS 39207-3949
601-988-8888

CERTIFICATE OF SERVICE

I, WAYNE E. FERRELL, JR., do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court utilizing the ECF system which sent notification of such filing to all counsel of record.

This the 3rd day of October, 2025.

By:    /s/ Wayne E. Ferrell, Jr.
WAYNE E. FERRELL, JR.